```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 14561
  MICHAEL WAZEVICH
                                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-9383


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/13/07 and confirmed on 12/12/07.

    2.  The case was dismissed after confirmation, 03/28/2008.

    3.  The Debtor paid a total of $   8640.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 3016.34 | .00 | 3016.34 |
| HSBC | SECURED | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | 1773.00 | .00 | 521.77 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 16852.25 | 267.71 | 2155.79 |
| WELLS FARGO FINANCIAL AC | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION CONSULTANTS D | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| CULLIGAN OF BOLINGBROOK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SHERMAN FINANCIAL GROUP | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 21641.59 | .00 | .00 | .00 | 21641.59 |
| PRINCIPAL PAID | 5693.90 | .00 | .00 | .00 | 5693.90 |

```
INTEREST PAID              267.71        .00          .00         .00      267.71
TOTAL PAID                5961.61        .00          .00         .00     5961.61
```

The Debtor's attorney, DEVONA & ASSOC                    , was allowed $   3000.00
and was paid $    726.00  direct and $   2274.00  through the plan.

The Trustee received $     404.39 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/24/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE